DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FEC ROW, LLC,**
Appellant,

v.

**DIXIE COMMERCE CENTER, LLC,**
Appellee.

No. 4D2024-2986

[March 19, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Lee Oftedal, Senior Judge; L.T. Case No. 2022CA008989XXX.

Edward Joseph Brown, Joshua La Bouef, and Matthew Thomas Jackson of Brennan Manna Diamond, Jacksonville, for appellant.

Jeremy Dicker of Sachs Sax Caplan, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***